UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGIL MCNETT, | ) | Civil Action No. 21-CV-01064 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Robert J. Colville |
| | ) | |
| JEFFERSON-MORGAN SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

NOW, this __4th__ day of __March__, 2022, upon consideration of the Joint Stipulation for Dismissal with Prejudice, it is hereby ORDERED that said Stipulation is GRANTED and that the entire action, including all claims, stated herein, is hereby dismissed with prejudice.

BY THE COURT,

s/Robert J. Colville
_____ J.
Robert J. Colville
United States District Judge